# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY UNDERWOOD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JACK A. LOVE, ESQ., and LAW OFFICES OF JACK A. LOVE,<br><br>　　　　　Defendant. | Case No.:  24-CV-2423-BEN-DDL<br><br>**DENIAL OF MOTION FOR APPOINTMENT OF COUNSEL** |

　　　The Sixth Amendment to the United States Constitution guarantees the right to the assistance of counsel in criminal prosecutions.  This right ensures that a criminal defendant who faces potential incarceration is entitled to be represented by an attorney, and if the defendant is indigent, the court must appoint counsel at no cost to the defendant.  However, these constitutional guarantees do not extend to civil proceedings.

　　　In the context of a civil rights action brought under 42 U.S.C. § 1983 or other similar statutes, the plaintiff is not entitled to court-appointed counsel as a matter of constitutional right.  Civil litigants, including those asserting claims of constitutional violations, must generally proceed without appointed counsel unless the court, in its discretion, determines that exceptional circumstances warrant the appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). *See Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir.

2009). Such circumstances may include the complexity of legal issues or the plaintiff's demonstrated inability to articulate their claims. *Id*. at 970 (cleaned up).

Here, Plaintiff has failed to demonstrate the existence of exceptional circumstances warranting the appointment of counsel. Plaintiff supports this request with a medical note recommending educational accommodations (ECF No. 5); however, this documentation, while acknowledged, does not establish that Plaintiff cannot articulate his claims or that the legal issues presented are unusually complex. Accordingly, the Court finds that the appointment of counsel is not warranted. Plaintiff's Motion for Appointment of Counsel is DENIED.

**IT IS SO ORDERED.**

DATED: May 29, 2025

**HON. ROGER T. BENITEZ**
United States District Judge